UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Joel A. Pisano

Crim. No. 11-161

v.

CONTINUANCE & SCHEDULING ORDER

CHRISTOPHER RAD :

RECEIVED JAN 19 2012 AT 8:30 WILLIAM T. WALSH CLERK

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Erez Liebermann and Christopher J. Kelly, Assistant U.S. Attorneys), and defendant Christopher Rad (by Francis Williams Montenegro, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The charges in this case are the result of a lengthy investigation, and the discovery involves a significant amount of documents. Taking into account the exercise of diligence, therefore, the facts of this case require that defendant and counsel be permitted a reasonable amount of additional time for effective preparation of this matter;

2. Defendant has consented to the aforementioned continuance; and

3. As a result of the foregoing, pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this __19__ day of __Jan__, 2012,

IT IS Ordered that the deadline to file and serve pretrial motions is 7/27/2012, 2012, with opposition due on 8/6/2012, 2012, and a hearing to be held on 8/20/2012 2012 at 10:30 am

IT IS FURTHER ORDERED that the trial in this matter is scheduled for September 17, 2012 at 9:30 a.m.

IT IS FURTHER ORDERED that this action be, and hereby is, continued until September 17, 2012, and that the period from the date of this Order through September 17, 2012 shall excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JOEL A. PISANO
United States District Judge