**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

DATE OF PROCEEDINGS: 11/15/2012
CRIMINAL NO.: 11-161(JAP)-01

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO

**TITLE OF CASE:**
United States of America
VS.
Christopher Rad - Defendant present.

**APPEARANCE:**
Erez Lieberman, Assistant United States Attorney
Andrew Pak, Assistant United States Attorney
Patrick Darragh, Paralegal for Government
Laurie Allen, Special Agent
Suzanne Beck, Special Agent
Abigail Weidner, Special Agent
Francis Williams Montenegro, Esquire for Defendant

**NATURE OF PROCEEDINGS:**
Trial with jury continued.
Hearing on defendant's motion for reconsideration [#43] .
Ordered motion Denied.
Jury present.
Ordered jury sworn.
Judge Pisano gives brief summary of legal instructions to the jury.
Ordered lunch provided to jury and alternates (14) at the expense of the Court (Sianna's Catering Service).
Andrew Pak - Opened for Government
Francis W. Montenegro - Opened for Defendant
James Bragg - Sworn for Government
Court recess: 12:45 p.m. to 1:15 p.m.
Jury present.
James Bragg - Resumed for Government
Various exhibits admitted into evidence.
Ordered jury excused.
Trial with jury adjourned until Monday, November 19, 2012 at 9:30 a.m.
Time commenced 9:15 a.m. to 3:15 p.m.

S/Dana Sledge, Courtroom Deputy