RECEIVED
NOV 19 2012
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

11/19/12 #1 12:30 pm

Judge Pisano,

We have no objection to having court on Wednesday.

One juror has a small issue with child care, but stated she can arrange something if necessary.

The Jury

[signature] 11/19/12