9:15a
11/20/12

Your Honor,

On Thurs, Nov 29th, I have a mandatory yearly competency at my place of employment. It is the last one of the year. Do you think the case will be finished by then? Please let me know because I will have to inform my nurse educator. Thank you,

Juror #1