Judge JAP

3:40 PM

Jury has reached a decision

**RECEIVED**
NOV 30 2012
AT 8:30 M
WILLIAM T. WALSH CLERK