UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
NOV 30 2012
AT 8:30_____M
WILLIAM T. WALSH CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel A. Pisano |
| v. | : | Crim. No. 11-161 (JAP)-01 |
| CHRISTOPHER RAD | : | VERDICT SHEET |

**COUNT ONE (Conspiracy to Commit Securities Fraud, False Header Spamming, and/or False Registration Spamming - 18 U.S.C. § 371)**

With respect to Count One, we, the jury, find the defendant

Securities Fraud:      _____ NOT GUILTY      __✓__ GUILTY
False Header:          _____ NOT GUILTY      __✓__ GUILTY
False Registration:    _____ NOT GUILTY      __✓__ GUILTY


**COUNT TWO (False Registration Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(4) and 2 - December 20-22, 2007)**

With respect to Count Two, we, the jury, find the defendant

__✓__ NOT GUILTY          _____ GUILTY


**COUNT THREE (False Registration Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(4) and 2 - January 5-6, 2008)**

With respect to Count Three, we, the jury, find the defendant

__✓__ NOT GUILTY          _____ GUILTY

**COUNT FOUR (False Registration Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(4) and 2 - January 8-9, 2008)**

With respect to Count Four, we, the jury, find the defendant

__✓__ NOT GUILTY          _____ GUILTY

**COUNT FIVE (Conspiracy to Commit Unauthorized Access Spamming - 18 U.S.C. § 371)**

With respect to Count Five, we, the jury, find the defendant

_____ NOT GUILTY          __✓__ GUILTY

**COUNT SIX (Unauthorized Access Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(1) and 2 - May 13-17, 2008)**

With respect to Count Six, we, the jury, find the defendant

_____ NOT GUILTY          __✓__ GUILTY

**COUNT SEVEN (Unauthorized Access Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(1) and 2 - May 14-16, 2008)**

With respect to Count Seven, we, the jury, find the defendant

_____ NOT GUILTY          __✓__ GUILTY

**COUNT EIGHT (Unauthorized Access Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(1) and 2 - June 2-4, 2008)**

With respect to Count Eight, we, the jury, find the defendant

_____NOT GUILTY          \_\_✓\_\_GUILTY

**COUNT NINE (Unauthorized Access Spamming; Aiding and Abetting - 18 U.S.C. § 1037(a)(1) and 2 - June 3-4, 2008)**

With respect to Count Nine, we, the jury, find the defendant

_____NOT GUILTY          \_\_✓\_\_GUILTY

DATE: 11/30/12